UNITED STATES DISTRICT COURT
OF NEW JERSEY

---------------------------------------------------------------------X
MARIA SARAVIA ALARCON, on behalf of herself :
and all others similarly situated,

                Plaintiffs,

    -against-                            **CONSENT TO BE A PARTY PLAINTIFF**

GIANNELLA'S MODERN BAKERY LLC and
JOHN IMPARATO,

                Defendants.
---------------------------------------------------------------------X

    I consent to be a Plaintiff in the lawsuit against Giannella's Modern Bakery LLC. and John Imparato in order to seek redress for violations of the Fair Labor Standards Act and the New Jersey Wage and Hour Law.

    By signing and returning this consent form, I designate Pechman Law Group PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement of this action.

    Por medio de la presente doy mi consentimiento para ser un demandante en contra de Giannella's Modern Bakery LLC y John Imparato para obtener reparo por violaciones de la Ley de Normas Razonables de Trabajo y la Ley de Horas y Salarios de Nueva Jersey.

    Al firmar y devolver este formulario de consentimiento, designo a Pechman Law Group PLLC para que me represente y tome decisiones en mi nombre en relación con el litigio y la resolución de este caso.

Signature/Firma: _____
Maria Saravia Alarcon

Date/Fecha: Jan 20, 2023