UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------- X

MARIA SARAVIA ALARCON, on behalf of herself  :
and all others similarly situated,            :
                                              :
                            Plaintiff,        :        **No. 2:23 Civ. 447 (EP) (JSA)**
                                              :
                                              :
                                              :
                                              :
              -against-                       :
                                              :
GIANNELLA'S MODERN BAKERY LLC and             :
JOHN IMPARATO,                                :        **NOTICE OF APPEARANCE**
                                              :
                            Defendants,       :
                                              :
---------------------------------------------------------------------- X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for Plaintiff Maria Saravia Alarcon.  I
certify that I am admitted to practice in the District of New Jersey.

Dated:  New York, New York
         January 27, 2023

                PECHMAN LAW GROUP PLLC

                By: _____
                    Galen C. Baynes
                    Pechman Law Group PLLC
                    488 Madison Avenue, 17th Floor
                    New York, New York 10022
                    Tel.: (212) 583-9500
                    Fax.: (212) 409-8763
                    baynes@pechmanlaw.com
                    *Attorneys for Plaintiffs*