P8631145

|  |  |
|---|---|
| MARIA SARAVIA ALARCON<br>PLAINTIFF<br>– vs –<br>GIANNELLA'S MODERN BAKERY LLC, ETAL<br>DEFENDANT | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Docket No. 2:23-CV-00447-EP-JSA |

**Person to be Served**
JOHN IMPARATO
C/O GIANNELLA'S MODERN BAKERY LLC
298 21ST AVENUE
PATERSON NJ 07501

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 03/02/2023 Time: 10:43AM Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

Name of person served and relationship / title:

Nick Olivera

CO-WORKER

**Description of Person Accepting Service:**

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: **55+**   APP. HT: **5'9**   APP. WT: **190**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
10th day of March 2023

I, GLADIMAR ROBLES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server          Date

IVETT A. TEJADA
Commission # 502053
Notary Public, State of ...
My Commission Expi...
January 03 2...

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
PECHMAN LAW GROUP, PLLC