**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Anthony P. Seijas, Esq.
aseijas@cgajlaw.com
Attorneys for Defendants, Giannella's Modern Bakery LLC and John Imparato

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIA SARAVIA ALARCON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GIANNELLA'S MODERN BAKERY LLC and JOHN IMPARATO,<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-00447<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

Application is hereby made for a Clerk's Order extending time within which Defendants, Giannella's Modern Bakery LLC and John Imparato, may answer, move, or otherwise reply to the Complaint filed by the above-captioned Plaintiff. It is represented that:

1. No previous extension has been obtained;

2. Service of Process was effectuated on March 2, 2023; and

3. The time to Answer, move, or otherwise reply expires on March 23, 2023.

                                      **CLEARY GIACOBBE ALFIERI JACOBS, LLC**
                                      Attorneys for Defendants

                                      By: */s/Anthony P. Seijas*
                                              Anthony P. Seijas, Esq.

Dated: March 22, 2023