# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

**JOHN M. TUNTEVSKI, Partner**
jtuntevski@cgajlaw.com

**Reply to: Oakland Office**

November 14, 2023

**VIA PACER:**
Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   **Maria Saravia Alarcon v. Giannella's Modern Bakery, et al.**
        **Civil Action No. 2:23-cv-00447**

Dear Judge Allen,

Presently, an in-person Settlement Conference is scheduled with the Court on **November 20, 2023** at 11:00 A.M.  Kindly accept this correspondence in lieu of a more formal request to briefly adjourn the current date for a time in early December if the Court is amenable. I am making this request with the consent of my adversary.\*

Defendant, John Imparato, has advised that he did not realize that the date was set for the week of the Thanksgiving holiday and he has certain responsibilities at the bakery which may present a conflict. Moreover, plaintiff recently made a settlement demand of nearly $5 million.  Mr. Imparato is currently away on vacation and therefore is only available for discussion by telephone. In light of the demand, I believe additional time is necessary to adequately review and prepare with my client so that the settlement conference is more productive.

Your Honor's consideration is greatly appreciated to help facilitate potential resolution of this matter.

\*The request is **GRANTED**.  The in person Settlement Conference is rescheduled for January 9, 2024 at 2:00 p.m.  The parties shall fax confidential settlement position papers of five (5) pages or less to Chambers (973-645-4549) on or before January 4, 2024.

Respectfully submitted,

*/s/ John M. Tuntevski*
John M. Tuntevski
For the Firm

**SO ORDERED**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 11/14/23

cc:   Galen C. Banes, Esq.
      Louis Pechman, Esq.

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com