# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JOHN M. TUNTEVSKI, Partner
jtuntevski@cgajlaw.com

**Reply to: Oakland Office**

August 9, 2024

**VIA ELECTRONIC MAIL**
Honorable Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:    **Maria Saravia Alarcon v. Giannella's Modern Bakery, et al.**
              **Civil Action No. 2:23-cv-00447(EP)(JSA)**

Dear Judge Allen:

    As you are aware, this firm represents Defendants, Giannella's Modern Bakery and John Imparato, in the above-referenced matter. Please accept this correspondence as the parties' joint proposal for remaining fact discovery.

    As the Court is aware, certain potential class members have filed Notices to join the within lawsuit that would include: Maria Saravia Alarcon, Dilsy Griselda Salvatierra Perez; Oralia Pachecho; Karla Damaris Vidal; Santos Hugo Najera Lopez and Ana Pachecho. We are seeking a period of time to exchange mutual paper discovery for these individuals by September 13, 2024. Thereafter, the defense requests an additional timeframe to conduct their depositions by October 25, 2024.

    We thank the Court for its consideration in this matter.

Respectfully submitted,
/s/ John M. Tuntevski
John M. Tuntevski
For the Firm

cc:  Galen Baynes, Esq.

*The proposed schedule is granted.  Further, the parties shall submit a joint status letter on or before 10/16/24, addressing the completion of discovery.  A Telephone Status Conference is scheduled for 10/22/24 at 3:00 p.m. The parties are instructed to dial 1-888-684-8852 and enter Access Code 9972150# at the time of the Conference. SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge                    Dated: August 13, 2024

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com