# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JOHN M. TUNTEVSKI, Partner
jtuntevski@cgajlaw.com

**Reply to: Oakland Office**

November 12, 2024

**VIA ELECTRONIC MAIL**
Honorable Jessica S. Allen, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    **Re:   Maria Saravia Alarcon v. Giannella's Modern Bakery, et al.
            Civil Action No. 2:23-cv-00447(EP)(JSA)**

Dear Judge Allen:

    As you are aware, this firm represents Defendants, Giannella's Modern Bakery and John Imparato, in the above-referenced matter. Please accept this correspondence as the parties' joint status update per Order of the Court.

    We are pleased to report that depositions of the fact witnesses were completed on October 25, 2024. Since that time the parties have met and conferred on proceeding with private mediation; however, we are still in the process of finalizing details with respect to same. Therefore, we respectfully request additional time, until November 22, 2024, to resolve same so that such information can be provided to the Court.*

    We thank the Court for its consideration in this matter.

*SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: November 13, 2024

Respectfully submitted,

*/s/ John M. Tuntevski*
John M. Tuntevski
For the Firm

cc: Galen Baynes, Esq.

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com