# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

November 22, 2024

**VIA ECF**

Hon. Jessica S. Allen
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re: *Saravia Alarcon v. Giannella's Modern Bakery LLC et al.*
    No. 2:23 Civ. 447 (EP) (JSA)

Dear Judge Allen:

Pursuant to the Court's November 14, 2024 text order, the parties write to advise that they have selected Roger Briton, Esq. as mediator for this matter and are in the process of coordinating a mediation date in January. The parties therefore respectfully request until January 31, 2025 to provide the Court with a post-mediation status report.*

Respectfully submitted,

Galen C. Baynes

cc: Counsel of Record (via ECF)

*The request is GRANTED. Further, a Telephone Status Conference is scheduled for 2/6/25 at 10:00 a.m. the parties are directed to dial 1-855-244-8681 and then Access Code 23024029552# at the time of the Conference.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: November 25, 2024