UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------- X
MARIA SARAVIA ALARCON, on behalf of herself : 
and all others similarly situated,  :  No. 2:23 Civ. 447 (JSA)
 :
                     Plaintiff, :
 :
     -against- :
 :
GIANNELLA'S MODERN BAKERY LLC and :
JOHN IMPARATO, :
 :
                   Defendants. : **NOTICE OF MOTION**
 :
---------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings had in this Action, Plaintiff Maria Saravia Alarcon will move this Court before the Honorable Jessica S. Allen, United States Magistrate Judge, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure preliminarily approving the Parties' settlement on a class basis. A proposed order is attached to the Declaration of Louis Pechman, Esq. as Exhibit 2.

Dated:  New York, New York
          April 11, 2025

                                                        PECHMAN LAW GROUP PLLC

                                                        By: *s/ Louis Pechman*
                                                             Louis Pechman
                                                             Galen C. Baynes
                                                             Camille A. Sanchez
                                                             488 Madison Avenue, 17th Floor
                                                             New York, New York 10022
                                                            Tel.: (212) 583-9500
                                                           pechman@pechmanlaw.com
                                                           baynes@pechmanlaw.com
                                                           sanchez@pechmanlaw.com
                                                           *Attorneys for Plaintiff, the Putative Rule 23*
                                                           *Class, and the Putative FLSA Collective*