UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| MARIA SARAVIA ALARCON, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 2:23 Civ. 447 (JSA) |
| -against- | |
| GIANNELLA'S MODERN BAKERY LLC and JOHN IMPARATO, | NOTICE OF MOTION |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Louis Pechman, Esq., with its attached exhibits, as well as all prior proceedings had in this Action, Plaintiff Maria Saravia Alarcon will move this Court before the Honorable Jessica S. Allen, United States Magistrate Judge, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting final approval of the Parties' settlement on a class basis. A proposed order is attached to the Declaration of Louis Pechman, Esq. as Exhibit 4.

Dated: New York, New York
      October 1, 2025

PECHMAN LAW GROUP PLLC

By: */s/ Galen C. Baynes*
    Louis Pechman
    Galen C. Baynes
    Camille A. Sanchez
    488 Madison Avenue, 17th Floor
    New York, New York 10022
    Tel.: (212) 583-9500
    pechman@pechmanlaw.com
    baynes@pechmanlaw.com
    sanchez@pechmanlaw.com
    *Attorneys for Plaintiff, the Putative Rule 23 Class, and the Putative FLSA Collective*